**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

FILED

NG

MAR 02 2017 A)

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MARLA JOHNSON
Plaintiff

PRO SE

v.

Defendant

BOARD OF EDUCATION
OF THE CITY OF
CHICAGO

)
)
)
)
)
)
)
)

**Case Number:** 1:15-CV-02982

**Judge:** JORGE L. ALONSO

**Magistrate Judge:** MICHAEL T. MASON

JURY TRIAL DEMANDED
(1) of (2)

MOTION FOR JUDGMENT
UNDER Fed. R. Civ. P. 50(b)(2)(e)
50(b)(3)(e)
RULE 58

PLAINTIFF MARLA JOHNSON RESPECTFULLY SUBMITS
TO THE COURT A REQUEST FOR A HEARING
ON DKT. 103, 104, 105, 86, 93, 94, 96
JUDICIAL NOTICE RULE 201(a)(b)(1)(2)(c)
(2)(d)(e) Rule 61 Harmless Error:
to correct errors in DKT. #102.
(1) "Correct" certificate of mailing sent to
defendant on 1/5/16 NOT CERTIFIED MAIL.
PLAINTIFF HAS LOST "CERTIFICATE OF MAIL
PROOF" SINCE DAY OF MAILING. PLAINTIFF
SENT LITIGATION HOLD LETTER VIA EMAIL (See
Attached

Marla Johnson

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

MARLA JOHNSON
PRO SE
   Plaintiff )
)
v. )
)
   Defendant )

BOARD OF EDUCATION
OF THE CITY OF
CHICAGO

**Case Number:** 1:15-CV-02982

**Judge:** JORGE L. ALONSO

**Magistrate Judge:** MICHAEL T. MASON

JURY TRIAL DEMANDED

MOTION 50(b)(2), 50(b)(3) (2)of(2)
(e)   (e)   RULE 58

ON 1/5/16 TO DEFENDANT'S COUNSEL.

(2) "CORRECTION" PLAINTIFF SENT DOCUMENTS
VIA EMAIL TO DEFENDANT'S INSPECTOR
GENERAL "NICHOLAS SHULER" NOT
ROBERT SHULER.

PLAINTIFF FILES THIS MOTION UNDER
Fed. R. Civ. P. 50(b) due to her
belief justice requires a new
trial.

Respectfully
Submitted,
Marla Johnson

Marla Johnson
*Marla Johnson*
8024 S. Calumet Chicago, Illinois 60619   mj1mj2
mj@aol.com